UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHERYL FREIER,<br><br>        Plaintiff,<br><br>v.<br><br>KINDERCARE CORP.<br>HEADQUARTERS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)         C. A. No. |

## NOTICE OF REMOVAL

Defendant KinderCare Corp. Headquarters[1] files this Notice of Removal of an action

pending in Massachusetts Superior Court for Suffolk County, pursuant to 28 U.S.C. §§1331,

1441, and 1446.  The grounds for removal are as follows:

1.      *Pro se* plaintiff Cheryl Freier commenced this action against KinderCare by filing

a Complaint in the Trial Court of Massachusetts, Superior Court Department, Suffolk County on

December 20, 2011. A copy of the Summons and Complaint served on KinderCare is attached as

Exhibit A.

2.      *Pro se* plaintiff served the Summons and Complaint on KinderCare on or about

December 28, 2011.  Defendant filed an answer to the Complaint and a Corporate Disclosure

Statement on January 18, 2012.  No other process, pleadings or orders have been served on

KinderCare.

3.      The Complaint is difficult to comprehend as it does not clearly specify the laws or

legal doctrines under which the Plaintiff seeks relief. *See* Exh. A.  The Complaint's allegations

---

[1] While the Plaintiff has named KinderCare Corp. Headquarters as the Defendant, the correct
entity name is KinderCare Learning Centers, LLC.

do seem to suggest a claim for age discrimination without specifying whether Plaintiff seeks relief under federal or state law.

4.    The Plaintiff attached a letter from the U.S. Equal Employment Opportunity Commission ("EEOC") dated December 6, 2011, to the Complaint. *See id.* The letter references a final determination from the EEOC dated November 8, 2011, and reminds the Plaintiff that there is a 90 day statutory period for pursuing her claims in court. The Plaintiff did not make any reference to the letter in the text of the Complaint, nor did she state an intent to pursue any federal claims against KinderCare.

5.    On January 30, 2012, in a telephone conversation with counsel, Plaintiff indicated that she planned to pursue her claims under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §621, *et seq*, pursuant to a notice she received from the EEOC. While the Plaintiff attached the December 6, 2011 EEOC letter to the Complaint, she did not attach the referenced notice. The referenced notice was not in the Defendant's possession at the time.

6.    On February 13, 2012, Defendant obtained a copy of the Notice of Dismissal and Rights issued by the EEOC to plaintiff on November 8, 2011. A true and accurate copy of the e-mail attaching the Notice is attached hereto as Exhibit B.

7.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 because the action arises under the laws of the United States. Defendants request that the Court exercise its supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over any and all state law claims.

8.    This Notice of Removal is timely because it was on January 30, 2012, that Plaintiff indicated to counsel for the Defendant that she planned to pursue claims under the ADEA. Further, Defendant did not obtain a copy of the Plaintiff's Notice of Dismissal and

- 2 -

Rights issued by the EEOC until February 13, 2012.  Defendant now files this notice within 30 days of said conversation and receipt of EEOC Notice.  Accordingly, this Notice of Removal is timely under 28 U.S.C. §1446(b).

       9.     Upon filing of this Notice of Removal, Defendants shall provide written notice to all adverse parties of the filing of this Notice of Removal and shall file a copy of this Notice of Removal with the Trial Court of Massachusetts, Superior Court Department, Middlesex County.

                         Respectfully submitted,

                         KinderCare Learning Centers, LLC,

                         By its attorneys,

                         */s/ M. Carolina Avellaneda*
                         M. Carolina Avellaneda, BBO #566740
                         cavellaneda@mccarter.com
                         Jennifer Itzkoff, BBO #675695
                         jitzkoff@mccarter.com
                         McCarter & English, LLP
                         265 Franklin Street
                         Boston, MA  02110
                         (617) 449-6500

Dated: February 29, 2012

CERTIFICATE OF SERVICE

     I, Carolina Avellaneda, hereby certify that on February 29, 2012, I served this document by first class mail upon *pro se* plaintiff Cheryl Freier at her home address 22 Pumpkin Pine Rd., Natick, MA 01760.

                         */s/ M. Carolina Avellaneda*
                         M. Carolina Avellaneda

ME1 13053635v.1