# EXHIBIT A

CIVIL ACTION COVER SHEET          SUPERIOR COURT DEPARTMENT          DOCKET NO. L 4027 F

COUNTY OF

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Cheryl Freier 22 Pumpkin Pine Road Natick, MA. 01760 | KinderCare Corp. Headquarters 650 Northeast Holladay Street Portland, OR 97232 |

| Plaintiff Atty | | Type Defendant's Attorney Name | pro se A p |
|---|---|---|---|
| Address | | Defendant Atty | |
| City | State | Zip Code | Address | |
| | | | City | State | Zip Code |
| Tel. | BBO# | | |

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.        TYPE OF ACTION (specify)        TRACK        IS THIS A JURY CASE

( ) Yes  ( ) No

BPV Employment Discrimination

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

## TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
   1. Total hospital expenses                                                    S
   2. Total doctor expenses                                                      S  25,000.0
   3. Total chiropractic expenses                                               S
   4. Total physical therapy expenses                                          S
   5. Total other expenses (describe)                           Subtotal       S
B. Documented lost wages and compensation to date                              S 100,000.0
C. Documented property damages to date                                         S
D. Reasonably anticipated future medical expenses                              S
E. Reasonably anticipated lost wages and compensation to date                  S 100,000.0
F. Other documented items of damages (describe)                                S 200,000.00
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

                                                               Total S 425,000.0

## CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

blatant mistreatment of willful mistreatment of an employee                2,000,000
                                                          TOTAL   S .425........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods." Cheryl Freier, pro se   12/20/2011

Signature of Attorney of Record _____   Date:

A.O.S.C. 3-2007.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. _____ 11 - 4627

Defendant: KinderCare Corp. Headquarters
~~PLAINTIFF (PRINT NAME CLEARLY)~~
650 North East Holladay Street
Portland, OR 97232

vs.

COMPLAINT

- abusive employee treatment
- age discrimination
- unlawful acts
- violation of employee laws
- blacklisting

Plaintiff: x Cheryl Freier
~~DEFENDANT(S) (PRINT NAME CLEARLY)~~
22 Pumpkin Pine Rd
Natick, MA 01760

**PARTIES**

Defendant  x. ~~Plaintiff(s)~~ reside(s) at HR Director Corp. Headquarters, 650 North East Holladay Street, Portland, ~~Street~~ OR 97232 ~~City or Town~~
in the County of _____

Plaintiff  2. ~~Defendant(s) reside(s) at~~ 22 Pumpkin Pine Road, Natick, MA 017...
~~in the County of~~ _____
Street                City or Town

**FACTS**

Please see Attached with succinct summary

3. _____

Please: I wish to have the civil trial in this Superior Court located in Boston. I have COPD and Woburn air is harder for me to breathe and the court is further. I can get doctors to corroborate

Plaintiff ~~Plaintiff~~:
**To:** Suffolk County Superior Court
**From:** Cheryl Freier
**Against:** Kinder Care
**Summons Issued to:** ~~1. Courtney St. Hillaire, Director of Daycare in a Framingham~~
Center; 2. HR Director at Corp. Headquarters
3. ~~Director who refused to interview me at 770 Cochituate~~ Road, ~~Framingham,~~ MA

11·4627

**MCAD Docket Number:**
**EEOC Docket Number:** 16C-2008-02278, Freier vs. Kinder Care Learning Center
Copy of letter which says: I can now sue in the Superior Court of Massachusetts
**Date:** 12-20-2011

As I have exhausted all other legal appeals, I am now seeking a remedy from the Superior Court of Massachusetts. I will be at present appearing pro se; I will fill out the Court Action form and submit it with all requested fees.

Basically, I am asking for back wages from the date that I was fired (unemployment can corroborate); all court fees; 2 million dollars in damages for wrongful acts, mistreatment, willful misconduct against an employee.

Basically, (and the court will be advised of more truthful information) Courtney St. Hillaire asked other employees to spy on me. She specifically hired a mother (recent to my firing), who then enrolled a young child at the center; there were conversations between the mother and Hillary. Hillary insisted, 'that she find something that I do wrong, because she simply was not going to go through this again." Hillary fired me after she kept me 2 hours longer than my shift on a Friday and I was not paid for these hours; she then would not let me leave; she insisted I come to the office; she said that I held a child by the hand wrongfully and that she had to investigate. There were at least three to four days of an investigation, maybe five and then she insisted that I come to the center immediately; she said that she could not substantiate anything, but she was going to fire me anyway. She said, "I was a very loud person". This is just one incident of being manhandled by Hillary.

Six months later, I put my resume on Monster and a receptionist from another Kinder Care on 770 Cochituate Road called. I told her I had worked for another Kinder Care several times and she said that the director knows that and needs a good kindergarten teacher. When I got there, the receptionist and other people stared and stared at me. I waited 1 hour for the interview. The receptionist sat at the door in a chair as the director said to me, "I cannot interview you". I asked, "Why not?" She said, "You are on the no-hire list". Every employer who calls for references is told tragic details about me. I am blacklisted. I cannot find a job for five years. Much more to say.

Sincerely,
Cheryl Freier



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, MA 02203-0506
1-866-408-8075
General Information-Inquiries: 1-800-669-4000
Boston Area Office: TTY (617) 565-3204
Boston Area Office: FAX (617) 565-3196

December 6, 2011

11 4627

Cheryl Freier
22 Pumpkin Pine Road
Natick, MA   01760

RE: Charge No. 16C-2008-02278, Freier vs. Kindercare Learning Center

Dear Ms. Freier:

This is in response to your letter dated 11/14/2011, requesting reconsideration of the Commission's finding in the above referenced charge.

The Equal Employment Opportunity Commission (EEOC) has no obligation to reconsider the final findings issued on a charge. A request for reconsideration may be declined unless the charging party presents substantially new and relevant evidence, or a persuasive argument that EEOC's prior decision was contrary to law or the facts. Our review of the handling of your charge, in light of your expressed concerns, has determined that no appropriate evidence was overlooked or misinterpreted in evaluating the charge and there are no indications that further investigation would disclose a violation of the statute.

Our final actions must comport with our interpretations of the relevant evidence and the laws we enforce. Your request for reconsideration is denied.

The final determination you received on 11/8/2011, concluded the administrative processing of the charge and described your right to pursue the matter in court. There is no further avenue of administrative appeal. In those situations where a charging party disagrees with our final actions on a charge, they have a statutory right to pursue the matter in court.

It is important to note that a request for reconsideration does not eliminate or extend the statutory 90 day period for pursuing this matter in court. If a private lawsuit is not filed within 90 days of your receipt of the final dismissal notice, the right to sue will be lost and cannot be restored by the EEOC.

Sincerely,

Robert L. Sanders
Area Director

4.   Answer this question only if you are seeking a restraining order against the defendant(s).

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes _____          No _____✓

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

X WHEREFORE, plaintiff demands that:

she be compensated for damages and lost wages in the amount of 2 million dollars.

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: 12/20/2011

Signature of Plaintiff(s)    Cheryl Frazier

Street Address    77 Pumpkin Pine Road

City/Town    Natick, MA 01760

Telephone    508 545 1333 home
(781 - 248 0415 - son-in-law